William W. SPENCER, Jr., Plaintiff—Appellant,

v.

Donald H. RUMSFELD, Secretary of Defense, U.S. Department of Defense, Pentagon, Defendant—Appellee.

No. 06–2244.

United States Court of Appeals, Fourth Circuit.

Submitted: July 6, 2007.

Decided: July 24, 2007.

Paula M. Potoczak, Traci L. Buschner, Paula M. Potoczak, L.L.C., Alexandria,

Virginia, for Appellant. Chuck Rosenberg, United States Attorney, Kevin J. Mikolashek, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William W. Spencer, Jr., appeals the district court's order dismissing Spencer's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Spencer v. Rumsfeld,* No. 1:05–cv–00730–CMH (E.D.Va. Sept. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*